IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON A. GAZA,

    Plaintiff/Counter-defendant,

v.

Case No. 8:12-cv-291

SUNCOAST SCHOOLS FEDERAL CREDIT UNION,

    Defendant/Counter-plaintiff.

                                               /

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff JASON A. GAZA ("GAZA"), *pro se*, and Defendant SUNCOAST SCHOOLS FEDERAL CREDIT UNION ("SUNCOAST"), by and through its undersigned counsel, and hereby jointly move this honorable Court to enter an order dismissing this case, including the Counterclaim, with prejudice, each party to bear its own fees and costs.

_____
JASON A. GAZA
gizmosdaddy.gaza@gmail.com
11628 Pilot Country Drive
Spring Hill, Florida 34610
(813) 758-4367
*Pro se Plaintiff/Counter-defendant*

/s Derek J. Angell
DENNIS R. O'CONNOR, ESQUIRE
Florida Bar Number: 376574
DOConnor@oconlaw.com
DEREK J. ANGELL, ESQUIRE
Florida Bar Number: 73449
DAngell@oconlaw.com
O'CONNOR & O'CONNOR, LLC
840 S. Denning Drive, Suite 200
Winter Park, FL 32789
(407) 843-2100
(407) 843-2061 Facsimile
*Attorneys for Defendant/Counter-plaintiff*
*Suncoast Schools Federal Credit Union*