**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JASON A. GAZA,**

    **Plaintiff,**

**v.**                                                   **Case No: 8:12-cv-291-T-35TGW**

**SUNCOAST SCHOOLS FEDERAL**
**CREDIT UNION,**

    **Defendant.**

_____/

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Upon consideration of the Parties' Joint Motion for Dismissal with Prejudice, (Dkt. 65) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that the Parties' Joint Motion for Dismissal with Prejudice, (Dkt. 65) is **GRANTED**. This case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 20th day of September, 2012.

*[signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party